IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL NO. 22-cv-2235-JPG |
| | : | |
| ONE GLOCK .9 CALIBER, MODEL19 | : | |
| GEN 4, BEARING SERIAL  NUMBER | : | |
| BESZ577 and ONE GLOCK .10 CALIBER | : | |
| MODEL 29 GEN 4, BEARING SERIAL | : | |
| NUBMER BTSU274, | : | |
| | : | |
| DEFENDANTS. | : | |

## JUDGMENT AND DECREE FOR FORFEITURE

Pending before the Court is the Motion for Judgement of Forfeiture filed by the United States of America [Doc. 7].  On October 13, 2022, Plaintiff United States of America filed an Amended Verified Complaint for Forfeiture against Defendants, described as one Glock, .9 caliber Model 19 Gen 4, bearing Serial Number BESZ577; and one Glock, .10 caliber Model 29 Gen 4, bearing Serial Number BTSU274.  The Complaint alleges that the defendant property constitutes firearms involved in or used in a knowing violation of 18 U.S.C. Section 922(g)(3).

After process was fully issued and returned according to law, a warrant of arrest was issued by the Clerk of Court, and the Bureau of Alcohol, Tobacco, Firearms and Explosives seized the property on January 12, 2023 [Doc. 10].  Notice of this action was also published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning October 14, 2022 [Doc. 11].  On January 13, 2023, the Clerk of Court entered default as to Joshua Akins and Tramill Slaughter, and all interested parties [Doc. 13].

Pursuant to Federal Rule of Civil Procedure 55(b), default judgment is hereby entered

against all interested parties and in favor of Plaintiff United States of America.  The property, described as one Glock, .9 caliber Model 19 Gen 4, bearing Serial Number BESZ577 and one Glock, .10 caliber Model 29 Gen 4, bearing Serial Number BTSU274 is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.  The defendant property shall be disposed of according to law by the United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives.

**IT IS SO ORDERED.**
**Dated: February 15, 2023**

>	/s/ J. Phil Gilbert
>	**J. PHIL GILBERT**
>	**DISTRICT JUDGE**